IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LABORERS' COMBINED FUNDS OF WESTERN PENNSYLVANIA, as agent for Philip Ameris, and Paul V. Scabilloni, trustees ad litem, Laborers' District Council of Western Pennsylvania Welfare and Pension Funds, Western Pennsylvania Heavy & Highway Construction Advancement Fund, and the Laborers' District Council of Western Pennsylvania and its affiliated local unions,<br><br>Plaintiffs,<br><br>v.<br><br>ROUGH AND FINAL CLEANING & CELESTINE HINTON,<br><br>Defendants. | Civil Action No. 2:22-cv-00247-AJS |

## ORDER OF COURT

AND NOW, to wit, this __8th__ day of __April_____, 2022, upon consideration of Plaintiff's Motion for Default Judgment and Affidavit attached thereto, it is hereby ORDERED, ADJUDGED, and DECREED that said Motion be, and hereby is GRANTED.

## COUNT I

### Laborers' Combined Funds of Western Pennsylvania v. Rough and Final Cleaning

Judgment is entered in favor of the Plaintiff Laborer's Combined Funds of Western Pennsylvania and against the Defendant Rough and Final Cleaning in the amount of $4,940.63, plus any additional interest from June 1, 2018 at the rate of 1.25% per month.

## COUNT II

### Laborer's Combined Funds of Western Pennsylvania v. Celestine Hinton

Judgment is entered in favor of the Plaintiff Laborer's Combined Funds of Western Pennsylvania and against the Defendant Celestine Hinton in the amount of $4,940.63 plus additional interest from June 1, 2018 at the rate of 1.25% per month.

## COUNT III

### Laborer's Combined Funds of Western Pennsylvania v. Celestine Hinton

Judgment is entered in favor of the Plaintiff Laborer's Combined Funds of Western Pennsylvania and against the Defendant Celestine Hinton in the amount of $175.20 plus additional interest from June 1, 2018 at the rate of 1.25% per month.

s/Arthur J. Schwab
The Honorable Arthur J. Schwab
United States District Judge